NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**EMERGENCY PLANNING MANAGEMENT, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

―――――――――

2020-1194

―――――――――

Appeal from the United States Court of Federal Claims in No. 1:19-cv-01024-TCW, Judge Thomas C. Wheeler.

―――――――――

**JUDGMENT**

―――――――――

EDWARD T. DELISLE, Offit Kurman, Plymouth Meeting, PA, argued for plaintiff-appellant. Also represented by ANDRES MIGUEL VERA, Bethesda, MD; JOSHUA B. DUVALL, Matross Edwards, LLC, Washington, DC.

DAVID PEHLKE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ETHAN P. DAVIS, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, DYK and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 2, 2020          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                         Clerk of Court